Frank J. Butler, Appellant, *v.* D. M. W. Contracting Co., Inc., et al., Respondents.

Argued January 12, 1956; decided February 9, 1956.

*Benjamin H. Siff* and *I. Philip Sipser* for appellant.

*John Nielsen* and *John P. Smith* for D. M. W. Contracting Co., Inc., respondent.

*Peter Campbell Brown, Corporation Counsel* (*John A. Murray* and *Seymour B. Quel* of counsel), for Triborough Bridge and Tunnel Authority, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.